Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

GARRY DERO PRUITT

CASE NO. 14-70008-HDH-13

AKA1:  GARY DERO PRUITT SR                    AKA2:
DBA1:  PRUITTS REPAIR SERVICE                  DBA2:
SS#1: xxx-xx- 2567                                      SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  2/21/2014   Orig. Time:  12:00 PM        Reset Date:            Reset Time:

  B. Meeting Results:        Adjourned

  C. Debtor(s):   Debtor 1 Appeared

  D. Attorney for Debtor(s):      Appeared

  E. Creditor Appearance:      None

  F. Amount Paid to the Trustee as of       2/21/2014    $190.00        First Payment Due Date:        2/15/2014

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:        B22C Form is:        Complete

     Budgeted Income:     $1,657.50     Expense:     $1,467.50     Surplus:     $190.00

     Plan Payment:     $190.00  Monthly                                 Plan Term(Months):     60

  I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:        $0.00

     ___ Objection to Exemption of:

     ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

     ___ Object to Invoke Stay Pleading

     ___ Case Converted from Chapter 7, Bar Date Set:      5/22/2014    Date Converted from Chapter 7:

  J. Required Information:     Good

  K. Business Information:

  L. Object to Confirmation:      Yes

     Plan lists incorrect attorney fees
     Plan fails to provide for IRS's $12,307.56 priority claim
     Feasibility until all claims are properly treated

  M. Financial Management Class:      Debtor 1 Appeared

  N. Eligibility:

     Certificate of Credit Counseling Filed:     Debtor 1 Only

     Credit Counseling Provider Approved:                           Yes

     Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        No

  O. Domestic Support Obligation:        $0.00    Current:            Arrears:        $0.00

     Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:     Questions
     -Plan lists incorrect attorney fees
      -SOFA 9 states $324 paid direct 12/16/2013, but plan has $4000 in plan
     $675
     -Plan fails to provide for IRS's $12,307.56 priority claim
     -Feasibility until all claims are properly treated
     -On what grounds does Mr. Pruitt claim he is not required file tax returns for 2009-12?
     Tax return affidavit will need to be amended to show either he does need to or is not required to file return 09-12.

Dated:     2/21/2014                                         /s/ Walter O'Cheskey

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone      (806) 748-1956 Fax

Standing Bankruptcy Trustee
By:        Brent Hagan

| Case Number: | 14-70008 |
|---|---|
| Debtor: | Pruitt |
| Attorney: | White |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 2/21/2014 8:25 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS -- $12,307.56 not provided for | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $4,000.00 | | | | $4,000.00 |
|---|---|---|---|---|---|
| Noticing Fees | $134.40 | | | | $134.40 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $4,000.00 | | | | |
| Less Noticing Fees | $134.40 | | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $163,172.10 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $4,578.84 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $11,400.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $6,821.16 |

**Comments:**