Robert B. Wilson   Standing Chapter 13 Trustee   6308 Iola Avenue, STE 100   Lubbock, TX 79424   (806)748-1980 Office   (806)748-1956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
GARRY DERO PRUITT

DEBTOR(S)

CASE NO. 14-70008 - HDH -13

Hearing Date: 6/18/2014
Hearing Time: 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW ROBERT B. WILSON, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 1/16/2014.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges the Debtor's Plan proposes the incorrect attorney fee. The Debtor's Plan provides for $4,000.00 of legal fees, however, the Disclosure of Compensation of Attorney for Debtor indicates $336.00 was paid prior to filing.

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: 6/11/2014

Respectfully submitted,
/s/ Robert B. Wilson
6308 Iola Avenue, STE 100
Lubbock, TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>GARRY DERO PRUITT<br><br>7309 FM 1749<br><br>SUNSET         TX   76270 |

Date:  6/11/2014                                                                                                /s/ Robert B. Wilson
                                                                                                                    Office of the Standing Trustee




GARRY DERO PRUITT
7309 FM 1749
SUNSET         TX   76270