Please be aware that information may be printed front and back of this document.

GARRY DERO PRUITT

7309 FM 1749

SUNSET, TX 76270

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
GARRY DERO PRUITT     CASE NO:14-70008-HDH-13

**TRUSTEE'S NOTICE OF ADDITIONAL OR AMENDED CLAIM FILED**

NOTICE IS HEREBY GIVEN of the following claim filed subsequent to the claims bar dates in the above referenced case. It is the intention of the Chapter 13 Trustee, Robert B. Wilson, to administer the additional or amended filed claim of the creditor named below and in the amounts and manner set forth below according to U.S.C. 502(b)(9).

| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** |
|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA PA  19101-7317 | $15536.29 |

**Administration Code (See Attached):**  ADMIN# 9
TRCC NOT FILED
**Claim Description:**  PENALTY ... NOT PROVIDED FOR IN PLAN
**Account Number:**  XXXXX2567
046/0/36/

Pursuant to 11 U.S.C. 502(a) and Rule 3007, the additional or amended claim filed as stated above will be deemed allowed as set forth above, for purposes of distribution and shall be administered by the Trustee as stated by the administration code above unless the debtor or other party in interest files with the Court in accordance with Rule 3007, an "Objection to Claim" within twenty-eight (28) days of this notice. A copy of the "Objection to Claim" must be served upon the undersigned and the Creditor whose claim is being objected to. The absence of a timely written objection will be deemed by the Trustee as an approval by the Debtor(s) and other parties in interest of the additional or amended filed claim as recited above.

**DEBTOR ATTORNEY:**
MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS TX  76301-0000

**TRUSTEE:**
Robert B. Wilson
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock  TX  79424

I herein certify that a copy of this Notice was served upon the Debtor(s), Debtor's(s') Attorney, and Creditor listed above on this date by regular U.S. Mail postage prepaid, at their addresses shown on the original Petition herein, or by written Notice of change of address heretofore delivered to the Trustee.

DATED: July 10, 2014

/s/ Robert B. Wilson
**Robert B. Wilson, Chapter 13 Trustee**
**6308 Iola Ave., Suite 100,**
**Lubbock TX 79424**
By:  LYNDA

**A claim administration code of 2 – 7 below may not be discharged per 11 U.S.C. 1328(a) unless the debtor modifies the Plan to increase or extend payments to provide for full payment of the claim, or an objection to claim is filed and an Order disallowing claim is entered by the Court.  Please contact your attorney for legal advice.**

**Please note that if a Trustee's Recommendation Concerning Claims (TRCC) is filed and pending, the amounts and other information included in this notice should be carefully compared to the TRCC.  Due to the objection period in the TRCC, it is imperative that these documents are compared and any necessary actions taken immediately.**

### ADMINISTRATION CODES

1. "SECURED or PRIORITY / PROVIDED IN PLAN" -- A secured or priority claim has been filed, for which the Plan provides treatment. The Trustee will pay the claim pursuant to the Plan.

2. "SECURED / NOT PROVIDED IN PLAN" -- A secured claim has been filed, for which the Plan makes no provision.  No payment will be made on this claim by the Trustee.  Payment of this claim is assumed outside the Plan, directly by the Debtor.

3. "SECURED MORTGAGE ARREARS/ PARTIALLY PROVIDED IN PLAN" -- A secured claim has been filed for mortgage arrears, which the Plan partially provides treatment.  The Trustee will only pay that portion of the claim treated in the Plan.  If the claim is undisputed, a plan modification must be filed in order to pay the full claim.  If the claim is disputed, an objection to the claim must be filed in accordance with this notice.

4. "SECURED / PARTIALLY PROVIDED IN PLAN" -- A secured claim has been filed for which the Plan partially provides treatment.  The Plan treatment or classification may be different than how the claim was filed.  The Trustee will only pay that portion of the claim treated in the Plan.  If the claim is undisputed, a plan modification must be filed in order to pay the full claim.  If the claim is disputed, an objection to the claim must be filed in accordance with this notice.

5. "PRIORITY / NOT PROVIDED IN PLAN" -- A priority claim has been filed, for which the Plan makes no provision.  If the claim is undisputed, a plan modification must be filed in order to pay the full claim.  If the claim is disputed, an objection to the claim must be filed in accordance with this notice.  Any unpaid portion of this claim may not be discharged.

6. "PRIORITY / PARTIALLY PROVIDED IN PLAN" -- A priority claim has been filed, for which the Plan partially provides treatment.  The Trustee will only pay that portion of the claim treated in the Plan.  If claim is undisputed, a plan modification must be filed in order to pay the full claim.  If claim is disputed, an objection to the claim must be filed in accordance with this notice.  Any unpaid portion of this claim may not be discharged.

7. "PRIORITY / LATE FILED" -- This claim will only be paid AFTER all TIMELY filed claims have been paid IN FULL and only to the extent funds are available.  Any unpaid portion of this claim may not be discharged.

8. "UNSECURED / LATE FILED" -- This claim will only be paid AFTER all TIMELY filed claims and any PRIORITY – LATE FILED claims have been paid IN FULL, and only to the extent funds are available.

9. "UNSECURED / NOT PROVIDED IN PLAN" -- An unsecured claim has been TIMELY filed, for which the Plan does not provide treatment.  If the claim is undisputed, it shall be paid in accordance with Section J of the Confirmed Plan or most recent amendment thereto.

10. "UNSECURED / PROVIDED IN PLAN" -- An unsecured claim has been TIMELY filed, for which the Plan does provide treatment in a different amount.  If the claim is undisputed, it shall be paid in accordance with Section J of the Confirmed Plan or most recent amendment thereto.

11. "AMENDED DEFICIENCY AFTER STAY LIFT / SURRENDER" – An amended deficiency claim has been filed after a stay lift or surrender of collateral securing a claim.  Unless objected to, the amended deficiency claim shall supersede the secured and/or deficiency claim treated in the Confirmed Plan or most recent amendment thereto.  The amended deficiency claim shall be paid in accordance with Section J of the Confirmed Plan or most recent amendment thereto.

Please be aware that information may be printed front and back of this document.

INTERNAL REVENUE SERVICE
PO BOX 7317

PHILADELPHIA, PA 19101-7317

NACF NOTICEADDCLM

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
GARRY DERO PRUITT           CASE NO:14-70008-HDH-13

**TRUSTEE'S NOTICE OF ADDITIONAL OR AMENDED CLAIM FILED**

  NOTICE IS HEREBY GIVEN of the following claim filed subsequent to the claims bar dates in the above referenced case. It is the intention of the Chapter 13 Trustee, Robert B. Wilson, to administer the additional or amended filed claim of the creditor named below and in the amounts and manner set forth below according to U.S.C. 502(b)(9).

| NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA PA  19101-7317<br>**Administration Code (See Attached):**  ADMIN# 9<br>TRCC NOT FILED<br>**Claim Description:**  PENALTY ... NOT PROVIDED FOR IN PLAN<br>**Account Number:**  XXXXX2567<br>046/0/36/ | $15536.29 |

  Pursuant to 11 U.S.C. 502(a) and Rule 3007, the additional or amended claim filed as stated above will be deemed allowed as set forth above, for purposes of distribution and shall be administered by the Trustee as stated by the administration code above unless the debtor or other party in interest files with the Court in accordance with Rule 3007, an "Objection to Claim" within twenty-eight (28) days of this notice. A copy of the "Objection to Claim" must be served upon the undersigned and the Creditor whose claim is being objected to. The absence of a timely written objection will be deemed by the Trustee as an approval by the Debtor(s) and other parties in interest of the additional or amended filed claim as recited above.

| **DEBTOR ATTORNEY:** | **TRUSTEE:** |
|---|---|
| MONTE J WHITE | Robert B. Wilson |
| ATTORNEY AT LAW | Chapter 13 Trustee |
| 1106 BROOK AVE HAMILTON PLACE | 6308 Iola Ave., Suite 100 |
| WICHITA FALLS TX  76301-0000 | Lubbock  TX  79424 |

  I herein certify that a copy of this Notice was served upon the Debtor(s), Debtor's(s') Attorney, and Creditor listed above on this date by regular U.S. Mail postage prepaid, at their addresses shown on the original Petition herein, or by written Notice of change of address heretofore delivered to the Trustee.

DATED: July 10, 2014           **/s/  Robert B. Wilson**
                          **Robert B. Wilson, Chapter 13 Trustee**
                          **6308 Iola Ave., Suite 100,**
                          **Lubbock TX 79424**
                          By:  LYNDA

**A claim administration code of 2 – 7 below may not be discharged per 11 U.S.C. 1328(a) unless the debtor modifies the Plan to increase or extend payments to provide for full payment of the claim, or an objection to claim is filed and an Order disallowing claim is entered by the Court.  Please contact your attorney for legal advice.**

**Please note that if a Trustee's Recommendation Concerning Claims (TRCC) is filed and pending, the amounts and other information included in this notice should be carefully compared to the TRCC.  Due to the objection period in the TRCC, it is imperative that these documents are compared and any necessary actions taken immediately.**

**ADMINISTRATION CODES**

1. "SECURED or PRIORITY / PROVIDED IN PLAN" -- A secured or priority claim has been filed, for which the Plan provides treatment. The Trustee will pay the claim pursuant to the Plan.

2. "SECURED / NOT PROVIDED IN PLAN" -- A secured claim has been filed, for which the Plan makes no provision.  No payment will be made on this claim by the Trustee.  Payment of this claim is assumed outside the Plan, directly by the Debtor.

3. "SECURED MORTGAGE ARREARS/ PARTIALLY PROVIDED IN PLAN" -- A secured claim has been filed for mortgage arrears, which the Plan partially provides treatment.  The Trustee will only pay that portion of the claim treated in the Plan.  If the claim is undisputed, a plan modification must be filed in order to pay the full claim.  If the claim is disputed, an objection to the claim must be filed in accordance with this notice.

4. "SECURED / PARTIALLY PROVIDED IN PLAN" -- A secured claim has been filed for which the Plan partially provides treatment.  The Plan treatment or classification may be different than how the claim was filed.  The Trustee will only pay that portion of the claim treated in the Plan.  If the claim is undisputed, a plan modification must be filed in order to pay the full claim.  If the claim is disputed, an objection to the claim must be filed in accordance with this notice.

5. "PRIORITY / NOT PROVIDED IN PLAN" -- A priority claim has been filed, for which the Plan makes no provision.  If the claim is undisputed, a plan modification must be filed in order to pay the full claim.  If the claim is disputed, an objection to the claim must be filed in accordance with this notice.  Any unpaid portion of this claim may not be discharged.

6. "PRIORITY / PARTIALLY PROVIDED IN PLAN" -- A priority claim has been filed, for which the Plan partially provides treatment.  The Trustee will only pay that portion of the claim treated in the Plan.  If claim is undisputed, a plan modification must be filed in order to pay the full claim.  If claim is disputed, an objection to the claim must be filed in accordance with this notice.  Any unpaid portion of this claim may not be discharged.

7. "PRIORITY / LATE FILED" -- This claim will only be paid AFTER all TIMELY filed claims have been paid IN FULL and only to the extent funds are available.  Any unpaid portion of this claim may not be discharged.

8. "UNSECURED / LATE FILED" -- This claim will only be paid AFTER all TIMELY filed claims and any PRIORITY – LATE FILED claims have been paid IN FULL, and only to the extent funds are available.

9. "UNSECURED / NOT PROVIDED IN PLAN" -- An unsecured claim has been TIMELY filed, for which the Plan does not provide treatment.  If the claim is undisputed, it shall be paid in accordance with Section J of the Confirmed Plan or most recent amendment thereto.

10. "UNSECURED / PROVIDED IN PLAN" -- An unsecured claim has been TIMELY filed, for which the Plan does provide treatment in a different amount.  If the claim is undisputed, it shall be paid in accordance with Section J of the Confirmed Plan or most recent amendment thereto.

11. "AMENDED DEFICIENCY AFTER STAY LIFT / SURRENDER" – An amended deficiency claim has been filed after a stay lift or surrender of collateral securing a claim.  Unless objected to, the amended deficiency claim shall supersede the secured and/or deficiency claim treated in the Confirmed Plan or most recent amendment thereto.  The amended deficiency claim shall be paid in accordance with Section J of the Confirmed Plan or most recent amendment thereto.